# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEMASUDHA CHATRAGADDA | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-1051 |
| DUQUESNE UNIVERSITY | : |

# JUDGMENT

**AND NOW**, this 15th day of May 2017, upon entry of the jury's unanimous verdict (ECF Doc. No. 157), it is **ORDERED JUDGMENT is entered in favor of Defendant Duquesne University and against Plaintiff Hemasudha Chatragadda on her remaining claims under Title IX and for breach of contract.**

_____
KEARNEY, J.